# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **SHARON STADAKER-ENLOW,** as surviving spouse of **ROGER D ENLOW, deceased** | ) | FTCA HEALTH CARE CLAIM<br>FTCA PREMISE LABILITY CLAIM |
| Plaintiff, | ) | |
| **vs.** | ) | **NO.** ______________________ |
| | ) | Judge: |
| **UNITED STATES,** | ) | Magistrate: |
| Defendant**.** | ) | |

## CERTIFICATE OF GOOD FAITH

Pursuant to Tenn. Code Ann. § 29-26-122, I hereby state the following:

A. I have consulted with a medical expert who has provided a signed written statement to me confirming that upon information and belief she:

(A) is competent under Tenn. Code Ann. § 29-26-115 to express medical opinions in the case; and

(B) believes, based on the information available from the records concerning the care and treatment of Mr. Enlow for the incidents at issue, that there is a good faith basis to maintain this action consistent with the requirements of Tenn. Code Ann. § 29-26-115.

B. I have never been found in violation of Tenn. Code Ann. § 29-26-122.

Respectfully submitted,

/s/Gary D Copas

Gary D. Copas TN BPR #3608
**Attorney for the Plaintiff**
P.O. Box 190137
Nashville, Tennessee 37219-0137
(615) 305-6900
*Registered CM/ECF e-mail address*:
copasatty@aol.com